ACCEPTED
14-15-00361-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/23/2015 2:19:58 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 70579

| | | |
|---|---|---|
| ESTATE OF BENJAMIN HARDY CARLTON, III, Deceased, Plaintiff | § § § § | IN THE DISTRICT COURT OF |
| vs. | § § § | BRAZORIA COUNTY, TEXAS |
| MICHAEL JOE SORRELL and SORRELL FAMILY LTD PARTNERS, Defendants | § § § | 239th JUDICIAL DISTRICT |

14th COURT OF APPEALS
HOUSTON, TEXAS
4/23/2015 2:19:58 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

Pursuant to TEXAS RULE OF APPELLATE PROCEDURE 25.1, Defendants MICHAEL JOE SORRELL and SORRELL FAMILY LTD PARTNERS give notice of their desire to appeal from the Final Judgment in Cause Number 70579 in the District Court of Brazoria County, Texas, 239th Judicial District, signed January 27, 2015. This appeal is taken to either the First or the Fourteenth Court of Appeals in Houston.

Respectfully submitted,

LAW OFFICE OF LYNN J. KLEMENT

/ s / Lynn J. Klement

By:_____

LYNN J. KLEMENT
State Bar No. 11567900
lklement@sbcglobal.net
P.O. Box 1744
300 North Velasco
Angleton, Texas 77516-1744
(979) 849-1175
(979) 849-8928 Facsimile
ATTORNEY FOR MICHAEL JOE SORRELL and SORRELL FAMILY LTD PARTNERS

---

**Notice of Appeal**                                                                 **Page 1**

# CERTIFICATE OF SERVICE

This certifies that a copy of the above and foregoing was delivered to all counsel of record by certified mail, return receipt requested and by facsimile on this __20th__ day of April, 2015.

*/ s / Lynn J. Klement*

LYNN J. KLEMENT